182 F.2d 1021
 Stephen TRUNCALE, suing as a stockholder in the name and in
behalf of Universal Pictures Company, Inc.,
Plaintiff-Appellant,
v.
William A. SCULLY and Clifford WORK, Defendants-Appellees
and Cross-Appellants.
 No. 222, Docket 21622.
 United States Court of Appeals Second Circuit.
 Argued June 6, 1950.
Decided June 23, 1950.
 
 Millard & Greene, New York City, Milton Pollack and Richard F. Wolfson, New York City, of counsel, for plaintiff-appellant.
 Philips, Nizer, Benjamin & Krim, New York City, Louis Nizer, Daniel Glass and Paul Martinson, all of New York City, of counsel, for defendant William A. Scully, appellee and cross-appellant.
 H. G. Pickering (of Mudge, Stern, Williams & Tucker), New York City, John Wallis and Robert E. Walsh, New York City, of counsel, for defendant Clifford Work, appellee and cross-appellant.
 Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on opinion of Rifkind, J. Truncale v. Blumberg, D.C., 88 F.Supp. 677, as to the judgment granted in favor of the defendants. The cross-appeal of the defendants from the order of Judge Medina granting summary judgment to the plaintiff, D.C., 8 F.R.D. 492, is dismissed as moot.